GEORGE J. MEYER MALTING COMPANY, Respondent, *v.* JOSEPH DOELGER et al., Appellants.

*Meyer Malting Co.* v. *Doelger*, 150 App. Div. 931, appeal dismissed.
(Argued November 18, 1912; decided November 26, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1912, affirming a judg-

ment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover for goods alleged to have been sold and delivered.

The motion was made upon the ground that the exceptions were frivolous and the appeal taken only for purposes of delay.

*Rudolph F. Rabe* for motion.

*Henry Hirschfeld* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.